☙AO 247 (02/08)   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| KEITH McDOWELL | ) | Case No: 99-6138-CR-GOLD |
| | ) | USM No: 55029-004 |
| Date of Previous Judgment: 03/02/2000 | ) | AFPD Michael Caruso |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of [✓] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
   [ ] DENIED.   [✓] GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __140__ months **is reduced to** __125 months__.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)
| | | | | |
|---|---|---|---|---|
| Previous Offense Level: | 27 | Amended Offense Level: | 25 | |
| Criminal History Category: | V | Criminal History Category: | V | |
| Previous Guideline Range: | 120 to 150 months | Amended Guideline Range: | 100 to 125 months | |

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
[✓] The reduced sentence is within the amended guideline range.
[ ] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
[ ] Other (explain):

### III. ADDITIONAL COMMENTS
The sentence is reduced to 125 months for the reasons stated of record at the motion hearing held June 10, 2008.

Except as provided above, all provisions of the judgment date __03/02/2000__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: __06/10/2008__

Effective Date: __06/10/2008__
(if different from order date)

_Judge's signature_

ALAN S. GOLD, United States District Judge
Printed name and title